# United States District Court

## *Southern District of Georgia*

Trustees of the Insulators and Allied Workers National Medical Fund, et al

Plaintiff

v.

Waters Mechanical, Inc.

Defendant

Case No. 6:25-cv-00027-RSB-CLR

Appearing on behalf of Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __4th__ day of __June__, __2025__.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | William J. McMahon, IV |
| Business Address: | Constangy, Brooks, Smith & Prophete, LLP |
| | Firm/Business Name |
| | One West Fourth Street |
| | Street Address |
| | Suite 850 / Winston-Salem / NC / 27101 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 336-721-6860 / 34097 (NC) |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | bmcmahon@constangy.com |