IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRUSTEES OF THE INSULATORS AND ALLIED WORKERS NATIONAL MEDICAL FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 48 PENSION FUND TRUST; and TRUSTEES OF THE ALLIED WORKERS LOCAL 48 ANNUITY PLAN, | |
| Plaintiffs, | CIVIL ACTION NO.: 6:25-cv-27 |
| v. | |
| WATERS MECHANICAL, INC., | |
| Defendant. | |

**O R D E R**

On December 1, 2025, the Court administratively closed this action as the case had settled. (Doc. 23.)  Presently before the Court is a Joint Stipulation to Dismiss With Prejudice, signed by counsel for Plaintiffs and counsel for Defendant, wherein the parties state that they stipulate to the dismissal of this action with prejudice, with each party to bear their own costs and fees.  (Doc. 24.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been

**DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 6th day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA